**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00137-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN JOSE ROMERO,

    Defendant.

---

**MINUTE ORDER**[1]

---

On August 6, 2012, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** that on **September 6, 2012**, commencing at 10:00 a.m., the court shall conduct the sentencing hearing in this matter.

Dated: August 6, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.